# Fifth District Court of Appeal
## State of Florida

———————————————

Case No. 5D2025-1693
LT Case Nos. 2024-CF-002878-A
2025-CF-000296-A

———————————————

James Oliver Postell, III,

    Appellant,

v.

State of Florida,

    Appellee.

———————————————

On appeal from the Circuit Court for Seminole County.
Michael Joseph Rudisill, Judge.

Matthew Metz, Public Defender and Judith Jensen, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

December 23, 2025

Per Curiam.

    Affirmed.

Lambert, Eisnaugle, and Kilbane, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____